AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| General Land Office of the State of Texas ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 6:22-CV-00044 |
| United States Department of the Interior, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

General Land Office of the State of Texas.

Date:   01/14/2022

/s/Connor Mighell
*Attorney's signature*

Connor Mighell; TX Bar No. 24110107
*Printed name and bar number*

Texas Public Policy Foundation
901 Congress Avenue
Austin, Texas 78701
*Address*

cmighell@texaspolicy.com
*E-mail address*

(512) 472-2700
*Telephone number*

(512) 472-2728
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on January 14, 2022, with the Clerk of the Court for the Western District of Texas by using the CM/ECF system, causing electronic service upon all counsel of record.

*/s/Connor Mighell*
CONNOR MIGHELL
