AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| General Land Office of the State of Texas<br>*Plaintiff*<br>v.<br>United States Department of the Interior<br>*Defendant* | )<br>)<br>)  Civil Action No. 1:23-CV-00169-DAE<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  David A. Ezra  on a motion for Summary Judgment
_____ .

Date:  09/05/2024

**Philip J. Devlin**
*CLERK OF COURT*

*Christina Cordero*
*Signature of Clerk or Deputy Clerk*